IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:05CR376

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| HAISSAM NASHAR (4), | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own Motion. It has come to the Court's attention that on August 25, 2006, this matter was reassigned from the Honorable Frank D. Whitney to the Honorable Richard Voorhees but has not been set on a calendar since such reassignment. Consequently, this Court will hold a special calendar call for this matter on **Monday, September 25, 2006 at 9:30 am** in the **United States Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina**.

**SO ORDERED.**

Signed: September 19, 2006

Richard L. Voorhees
United States District Judge